UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM




FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   Kathleen DELAPP
      Docket Number:   2:08CR00294-03
      <u>CONTINUANCE OF JUDGMENT
      AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from March 4, 2011, to May 13, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on the complexity of the victim/restitution issues and the amount of discovery in this case, a continuance is requested.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

LORI V. CLANTON
Senior United States Probation Officer

REVIEWED BY:   _____
Jeffrey C. Oestreicher
Supervising United States Probation Officer

Dated:   02/08/2011
         Sacramento, California
         LVC/mc

Attachment

**RE:   Kathleen DELAPP**
   **Docket Number:   2:08CR00294-03**
   **CONTINUANCE OF JUDGMENT AND SENTENCING**


cc:   Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk


✓ **Approved**          _____          2/10/11
                        **EDWARD J. GARCIA**
                        **Senior United States District Judge**          **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00294-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Kathleen DELAPP** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 05/13/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 05/06/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 04/29/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 04/22/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 04/15/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 04/01/2011 |