UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Kathleen DELAPP**
Docket Number:   **2:08CR00294-03**
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from March 4, 2011, to May 13, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on the complexity of the victim/restitution issues and the amount of discovery in this case, a continuance is requested.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*/s/ Lori Clanton*
LORI V. CLANTON
Senior United States Probation Officer

REVIEWED BY:   */s/ Jeffrey C. Oestreicher*
Jeffrey C. Oestreicher
Supervising United States Probation Officer

Dated:   02/08/2011
Sacramento, California
LVC/mc

Attachment

RE: **Kathleen DELAPP**
    **Docket Number: 2:08CR00294-03**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Federal Defender (If defense counsel is court-appointed)
    Probation Office Calendar clerk

✓ **Approved**

_____   2/10/11
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

____ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket Number:   2:08CR00294-03** |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Kathleen DELAPP** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 05/13/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 05/06/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 04/29/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 04/22/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 04/15/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 04/01/2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG