UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 2 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM
& Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Kathleen DELAPP
Docket Number: 2:08CR00294-03
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 13, 2011 to July 15, 2011 at 10:00a.m.(See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to scheduling conflicts, the probation interview has not been completed. The probation interview is scheduled for April 28, 2011. However, the parties are asking for a date in July as there are scheduling conflicts for the month of June.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Lori V. Clanton
United States Probation Officer

REVIEWED BY:

Jeffrey C. Oestreicher
Supervising United States Probation Officer

Dated:   04/21/11
         Sacramento, California
         lvc

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:   Kathleen DELAPP**
**Docket Number:   2:08CR00294-03**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____    4/21/11
EDWARD J. GARCIA
**Senior United States District Judge**    **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket Number:   2:08CR00294-03** |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Kathleen DELAPP | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | July 15, 2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | July 8, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 1, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 24, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 17, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | June 3, 2011 |