WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
portanova@thelawoffices.com

Attorney for Kathleen DeLapp

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KATHLEEN DELAPP, ) <br> ) <br> Defendant. ) <br> _____ ) | **CASE NO.   Cr S 08-294** <br><br> **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant Kathleen DeLapp, by and through her attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for July 15, 2011, at 10:00 a.m. be continued to August 26, 2011, at 10:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgement and Sentencing Date: | August 26, 2011 |
| Reply, or Statement of Non-Opposition: | August 19, 2011 |
| Motion for Correction of Pre-sentence Report: | August 12, 2011 |
| Pre-sentence Report shall be filed with the Court and disclosed to counsel: | August 5, 2011 |

| | |
|---|---|
| Counsel's written objections to the Pre-sentence Report shall be delivered to the probation officer and opposing counsel: | July 29, 2011 |

This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

IT IS SO STIPULATED.

Dated: June 20, 2011

/s/ Russell Carlberg
_____
RUSSELL CARLBERG
Assistant U.S. Attorney

Dated: June 20, 2011

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Kathleen DeLapp

IT IS SO ORDERED.

Dated:  June 20, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge