WILLLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@thelawoffices.com
www.thelawoffices.com

Attorney for Kathleen DeLapp

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. S-08-294 EJG |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCE DATE** |
| v. | ) ) | |
| KATHLEEN DELAPP, | ) ) | Date: August 26, 2011 |
| Defendant. | ) ) ) | Time: 10:00 a.m. Dept: The Hon. Edward J. Garcia |

    With the Court's permission, it is hereby stipulated and agreed between the defendant, Kathleen DeLapp, by and through her attorney, William J. Portanova, and the United States of America, by and through its attorney, assistant United States attorney, Russell L. Carlberg, that the date set for judgment and sentence for Kathleen DeLapp be continued to September 2, 2011 at 10:00 a.m.

    Defense counsel is unavailable due to a death in the family which will require travel to Boston, Massachusetts for funeral service and related events from August 25, 2011 through August 28, 2011.

\\\

Counsel has confirmed with the Court's courtroom deputy, Ms. Colleen Lydon, that September 2, 2011 is an available date.

Probation Officer Lori Clanton has also been notified and has no objection to this brief continuance.

IT IS SO STIPULATED.

DATE:  August 23, 2011

/s/ William J. Portanova

William J. Portanova
Attorney at Law

DATE:  August 23, 2011                    /s/ Russell L. Carlberg

Russell L. Carlberg
Assistant United States Attorney

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED:  August 23, 2011         /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Judge