1   WILLLIAM J. PORTANOVA, State Bar No. 106193
    Attorney at Law
2   400 Capitol Mall, Suite 1100
3   Sacramento, CA 95814
    Telephone: (916) 444-7900
4   Fax: (916) 444-7998
    Portanova@thelawoffices.com
5   www.thelawoffices.com

6

7   Attorney for Kathleen DeLapp

8
                      UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,       )     Case No. S-08-294 EJG
                                    )
12              Plaintiff,          )     **STIPULATION AND**
                                    )     **ORDER TO CONTINUE SENTENCE**
13      v.                          )     **DATE**
                                    )
14                                  )
    KATHLEEN DELAPP,                )
15                                  )
                                    )     Date:  August 26, 2011
16              Defendant.          )     Time:  10:00 a.m.
    _____)     Dept:  The Hon. Edward J. Garcia
17

18
            With the Court's permission, it is hereby stipulated and agreed between the defendant,
19
20  Kathleen DeLapp, by and through her attorney, William J. Portanova, and the United States of

21  America, by and through its attorney, assistant United States attorney, Russell L. Carlberg, that

22  the date set for judgment and sentence for Kathleen DeLapp be continued to September 2, 2011

23  at 10:00 a.m.

24
            Defense counsel is unavailable due to a death in the family which will require travel to
25
26  Boston, Massachusetts for funeral service and related events from August 25, 2011 through

27  August 28, 2011.

28  \\\

Counsel has confirmed with the Court's courtroom deputy, Ms. Colleen Lydon, that September 2, 2011 is an available date.

Probation Officer Lori Clanton has also been notified and has no objection to this brief continuance.

IT IS SO STIPULATED.

DATE:  August 23, 2011

/s/ William J. Portanova
_____
William J. Portanova
Attorney at Law

DATE:  August 23, 2011          /s/ Russell L. Carlberg
_____
Russell L. Carlberg
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED:  August 23, 2011          /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge