EATHER E. WILLIAMS
Federal Defender
RACHELLE BARBOUR, Cal. Bar # 185395
Research and Writing Attorney
Designated Attorney for Service
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Requesting Appointment
for KATHLEEN MARIE DELAPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 08-294-WBS |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER APPOINTING |
| | ) | COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| KATHLEEN MARIE DELAPP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

KATHLEEN MARIE DELAPP through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, through RACHELLE BARBOUR, Research and Writing Attorney, to represent her in this case.

Ms. KATHLEEN MARIE DELAPP was referred to the Federal Defender's Office by the United States Probation Office to assist her in filing a motion for early termination of her supervised release pursuant to 18 U.S.C. § 3583(e)(1).  The Federal Defender's Office has received a

1   financial affidavit that indicates that Ms. DeLapp qualifies for

2   appointed counsel.  The Federal Defender's Office is respectfully

3   requesting appointment to represent Ms. DeLapp.

4   DATED: September 10, 2013

5                                         Respectfully submitted,

6                                         HEATHER E. WILLIAMS
                                          Federal Defender
7
                                          /s/ Rachelle Barbour
8
                                          _____
9                                         RACHELLE BARBOUR
                                          Research and Writing Attorney
10

11

12
                Having satisfied the Court that she is unable to employ
13
    counsel, the court hereby appoints the Federal Defender's Office
14
    pursuant to 18 U.S.C. § 3006A.
15
            DATED: September 10, 2013
16

17                                        _____

18                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28