PROB 35 (ED/CA)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Docket No: 0972 2:08CR00294-003** |
| ) | |
| **KATHLEEN DELAPP** ) | |
| ) | |

On September 2, 2011, the above-named was placed on Probation for a period of 60 months.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER
United States Probation Officer**

Dated:   October 29, 2013
         Roseville, California
         JAF:aph


                    /s/ Michael A. Sipe
**REVIEWED BY:   MICHAEL A. SIPE
                 Supervising United States Probation Officer**

1

PROB 35 (ED/CA)

**Re:   DELAPP, Kathleen**
      **Docket No:   0972 2:08CR00294-003**
      <u>**Report and Order Terminating Probation**</u>
      <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Kathleen DeLapp be discharged from Probation, and that the proceedings in the case be terminated.

Dated:   October 30, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:   First AUSA – Phillip A. Talbert